**GLOBAL LEGAL LAW FIRM**
R. Michael Ghilezan, Esq. (State Bar No. 282340)
James C. Huber, Esq. (State Bar No. 269488)
380 Stevens Avenue, Suite 311
Solana Beach, California 92075
Tel.:  (888) 846-8901
Fax:  (888) 846-8902
Email: mghilezan@attorneygl.com
       jhuber@attorneygl.com

Attorneys for Defendants
Michael Beilenson and Torsten Maehle

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUTOS SAMA HOLDINGS, INC., | Case No.: 8:19-CV-1010- ODW-AGR |
| Plaintiff, | **DECLARATION OF TORSTEN MAEHLE IN SUPPORT OF MOTION TO DISMISS COMPLAINT UNDER RULE 8(a), 12(b)(2), (3) and (6)** |
| v. | |
| TORSTEN MAEHLE; ALEJANDRO WIDMER; JURG WIDMER PROBST; CLEMENS GREGOR; CARLOS POLITANO; ENDRE SZABARI; MICHAEL BEILENSON; and DOES 1- 20, inclusive, | Date: January 6, 2020<br>Time: 1:30 pm<br>Courtroom: 5D |
| Defendants. | |

Pursuant to 28 U.S.C. § 1746, and under the penalty of perjury, I, Torsten Maehle, declare as follows:

1. I am over the age of eighteen (18), and I make this declaration based on my personal knowledge of the following facts and, if called as a witness, would testify thereto.

2. I am currently a resident of, and domiciled in, the State of Florida in Miami-Dade County. I have continuously resided in Florida for over ten years.

3. I am currently employed in Florida.

4. I worked as a Director of Business Development at Vapiano's Restaurant in Doral, Florida.

5. All of my activities in connection with my employment at Vapiano's Restaurant took place outside of California.

6. I conducted no activities in California in connection with my employment at Vapiano's Restaurant.

7. I never had contact with anyone in California in connection with my employment at Vapiano's Restaurant.

8. I never traveled to California in connection with my employment at Vapiano's Restaurant.

9. I have never lived in California.

10. I have never been employed in or done business in California.

11. I have never been an employee of a California entity.

12. I do not own, lease, or rent any real or personal property in California.

13. I am not now and never have been registered to vote in California.

14. I do not maintain any bank, brokerage, investment, or other financial account in California.

15. I do not hold shares or equity in any non-public company organized or operating in California.

16. I do not have and never have had any professional or vocational license issued by the state of California.

17. I have no personal tax liability to the state of California.

18. I was not served with process in this lawsuit while I was in California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Miami-Dade County, Florida on November 22, 2019.

By: _____
      Torsten Maehle

3
DECLARATION OF TORSTEN MAEHLE IN SUPPORT OF MOTION TO DISMISS
COMPLAINT UNDER RULE 8(a), 12(b)(2), (3) and (6)

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2019, I electronically filed the foregoing document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

Dated: November 22, 2019              **GLOBAL LEGAL LAW FIRM**

By: _____*/s/ R. Michael Ghilezan*_____
R. Michael Ghilezan, Esq. (SBN 282340)
Attorney for Defendants
Michael Beilenson and Torsten Maehle

DECLARATION OF TORSTEN MAEHLE IN SUPPORT OF MOTION TO DISMISS
COMPLAINT UNDER RULE 8(a), 12(b)(2), (3) and (6)