**WCCB LAW, LLP**
BENJAMIN M. CUTCHSHAW (SBN 263483)
bcutchshaw@wccblaw.com
18400 Von Karman Avenue, 10th Floor
Irvine, California 92612
Tel:   (949) 247-7832

*Attorneys for Plaintiff*
PLUTOS SAMA HOLDINGS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUTOS SAMA HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TORSTEN MAEHLE; ALEJANDRO WIDMER; JURG WIDMER PROBST; CLEMENS GREGOR; CARLOS POLITANO; ENDRE SZABARI; MICHAEL BEILENSON; and DOES 1–20, inclusive, <br><br> Defendants. | Case No. 8:19-cv-1010 <br><br> Honorable Otis D. Wright II <br><br> **PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE** |

PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

Plaintiff PLUTOS SAMA HOLDINGS, INC., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against all defendants, ***without prejudice***. Plaintiff is dismissing this action because, based on information only recently obtained, a new action (naming the same or similar defendants and alleging the same or similar claims) will be filed in a different judicial district. No defendant has filed an answer to the complaint nor a motion for summary judgment. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: May 21, 2020

**WCCB LAW, LLP**

By: _____
 Benjamin M. Cutchshaw
 *Attorneys for Plaintiff*

18400 Von Karman Ave., 10th Fl.
Irvine, CA 92612
Tel: 949-247-7832
bcutchshaw@wccblaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2020, I electronically filed the foregoing document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

Dated:  May 21, 2020

                               **WCCB LAW, LLP**

By: _____
      Benjamin M. Cutchshaw
      *Attorneys for Plaintiff*

      18400 Von Karman Ave., 10th Fl.
      Irvine, CA 92612
      Tel: 949-247-7832
      bcutchshaw@wccblaw.com

PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT